UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No_____ |
| | ) |
| TROPIKGADGET FZE | ) |
| TROPIKGADGET UNIPESSOAL LDA | ) |
| SERGIO HENRIQUE TANAKA | ) |
| CARLOS LUIS DA SILVEIRA BARBOSA | ) |
| CLAUDIO DE OLIVEIRA PEREIRA CAMPOS | ) |
| VINICIUS ROMULO AGUIAR | ) |
| THAIS UTINO AGUIAR | ) |
| WESLEY BRANDAO RODRIGUES | ) |
| ANDREW ELLIOT ARRAMBIDE | ) |
| JULIO G. CRUZ | ) |
| DENNIS ARTHUR SOMAIO | ) |
| ELAINE AMARAL SOMAIO | ) |
| PABLO ANDRES GARCIA | ) |
| VIVIANE AMARAL RODRIGUES | ) |
| SIMONIA DE CASSIA SILVA | ) |
| GEOVANI NASCIMENTO BENTO | ) |
| PRISCILA BENTO | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| UNINVEST FINANCIAL SERVICES, CORP. | ) |
| COMPASSWINNER LDA | ) |
| HAPPY SGPS SA | ) |
| PARKWAY REAL ESTATE LLC | ) |
| RST5 INVESTMENTS LLC | ) |
| PAULO HIDEKI KOGA | ) |
| | ) |
| Relief Defendants | ) |

_____ )

**PLAINTIFF'S EMERGENCY *EX PARTE***
**MOTION FOR A TEMPORARY RESTRAINING ORDER,**
**ORDER FREEZING ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF**

Pursuant to Fed. R. Civ. P. 65(b), plaintiff Securities and Exchange Commission ("the

Commission") hereby files this emergency motion for entry of a temporary restraining order,

order freezing assets, and order for other equitable relief.  A proposed form of Order is submitted herewith.

The Commission submits this motion on an *ex parte* basis, requests that the Court schedule a hearing on the motion at the Court's earliest convenience, and states that it will serve defendants as soon as possible with all the pleadings filed herewith.

In support of this motion, the Commission submits the accompanying memorandum of law and three declarations with supporting exhibits:  (1) Declaration of Deena Bernstein; (2) Declaration of forensic accountant John McCann; and (3) Declaration of Scott Stanley.

WHEREFORE, the Commission respectfully requests that the Court enter the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief filed herewith.

## ORAL ARGUMENT REQUESTED

The Commission respectfully requests that the Court hear oral argument on this emergency ex parte motion, and estimates that half an hour will be required for that purpose.

Respectfully submitted,

/s/_____
SECURITIES AND EXCHANGE COMMISSION
Martin F. Healey (Mass. Bar. No. 227550)
Deena R. Bernstein (Mass. Bar No. 558721)
Amy Gwiazda (Mass. Bar 663494)
Scott Stanley (N.Y. Bar No. 4504601)
Dawn Edick (Mass. Bar No. 641659)
David London (Mass Bar. No. 638289)
Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street, Boston MA 02110
(617) 573-8813  (Bernstein direct)
(617) 573-4590  (fax

Dated: February 25, 2015

2