## AFFIDAVIT OF ADOLFO FRANCO

I, Adolfo Franco, pursuant to 28 U.S.C. §1746, hereby declare that:

1. I am employed as Executive Vice President and Chief Operating Officer of the Direct Selling Association ("DSA"), 1667 K St., NW, Suite 1100, Washington, DC 20006. I have been employed as Executive Vice President and Chief Operating Officer of the DSA since April 2007. My duties include managing and directing the government relations, legal, and administrative aspects of the DSA.

2. The DSA is a national trade association of approximately 200 multilevel marketing companies that promotes the interests of its members and maintains a Code of Ethics to which adherence is a condition of membership.

3. Direct selling companies are admitted to the DSA following a minimum one-year vetting period. During that time, the direct selling company's business plan is reviewed to verify compliance with all provisions of the DSA's Code of Ethics. At present, only companies with direct selling operations in the United States are eligible for active membership.

4. The DSA does not have a pre-approval or pre-screening process.

5. At no time has the DSA had any member or pending application in the name of Wings Network, Tropikgadget FZE, or Tropikgadget Unipessoal LDA.

6. The DSA did send an application to Wings Network in response to an e-mailed request, but the DSA never received a completed application nor dues payments from Wings Network, nor did the DSA hear back from Wings Network after sending Wings Network the application form.

7. In April 2014, after the DSA's compliance monitoring team became aware that Wings Network was claiming DSA membership, the DSA sent Wings Network a letter stating

that Wings Network and its independent contractors must immediately cease and desist from claiming that Wings Network is a member of the DSA and that any indication that Wings Network is a member of the DSA is fraudulent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 30 day of January 2015, in Washington, D.C.

_____
Adolfo Franco

DISTRICT OF COLUMBIA   SS
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 30 DAY OF 2015.

_____
NOTARY PUBLIC
My Commission Expires 1/31/2017

2