UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No_____ |
| | ) | |
| TROPIKGADGET FZE | ) | |
| TROPIKGADGET UNIPESSOAL LDA | ) | |
| SERGIO HENRIQUE TANAKA | ) | |
| CARLOS LUIS DA SILVEIRA BARBOSA | ) | |
| CLAUDIO DE OLIVEIRA PEREIRA CAMPOS | ) | |
| VINICIUS ROMULO AGUIAR | ) | |
| THAIS UTINO AGUIAR | ) | |
| WESLEY BRANDAO RODRIGUES | ) | |
| ANDREW ELLIOT ARRAMBIDE | ) | |
| JULIO G. CRUZ | ) | |
| DENNIS ARTHUR SOMAIO | ) | |
| ELAINE AMARAL SOMAIO | ) | |
| PABLO ANDRES GARCIA | ) | |
| VIVIANE AMARAL RODRIGUES | ) | |
| SIMONIA DE CASSIA SILVA | ) | |
| GEOVANI NASCIMENTO BENTO | ) | |
| PRISCILA BENTO | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Relief Defendants, | ) | |
| | ) | |
| UNINVEST FINANCIAL SERVICES, CORP. | ) | |
| COMPASSWINNER LDA | ) | |
| HAPPY SGPS SA | ) | |
| PARKWAY REAL ESTATE LLC | ) | |
| RST5 INVESTMENTS LLC | ) | |
| PAULO HIDEKI KOGA | ) | |
| | ) | |

## DECLARATON OF AMY GWIAZDA, ESQ.

Amy Gwiazda, Esq. hereby declares, pursuant to 28 U.S.C. §1746, that the following is

true and correct:

1.      I am an attorney and a member in good standing of the bar of the Commonwealth

of Massachusetts.  I am an Assistant Regional Director in the Boston Regional Office of plaintiff

Securities and Exchange Commission ("the Commission").  I make this declaration based upon

my personal knowledge as set forth below and in support of the Commission's *ex parte* motion

for emergency relief.

2.      **Exhibit A** in the Commission's Evidentiary Appendix ("Appendix") contains true

and accurate copies of corporate filings and related public records and other documents for some

of the defendants and their related companies, which persons acting under my supervision

obtained from state, county, foreign country, or news organization websites. These include:

1.  October 28, 2013 Tropikgadget Unipessoal LDA Constituicao de Sociedade;

2.  April 30, 2014 Publico news article, "Madeira Free Zone repealing license substitute for Telexfree";

3.  July 25, 2009 Articles of Organization of BrazUSA Communication Company;

4.  April 3, 2013 Articles of Organization of Cawboy Services, Inc.;

5.  Forca Foco Fe Florida, Inc.;

6.  November 11, 2013 Articles of Organization of Parkway Real Estate, LLC;

7.  March 13, 2014 Articles of Organization of Grupo Internacional Inc.;

8.  September 17, 2007 Happy, SGPS, S.A. Certidao Permanente por NIPC;

9.  June 12, 2014 Application by Foreign Limited Liability Company, RST5 Investments, LLC, to Transact Business in Florida;

10. 2014 Osceola County Property Records Related to RST5 Investments, LLC;

11. May 17, 2011 Articles of Incorporation of Uninvest Financial Services, Corp.;

12. November 28, 2013 CompassWinner LDA Certidao Permanente por NIPC.

3.      **Exhibit B** in the Appendix contains true and accurate copies of certain documents

which the Massachusetts Securities Division in the Massachusetts Secretary of State's office

provided to the Commission:

1.  December 10, 2013 Tropikgadget FZE License Certificate of Incorporation and Related Documents, Government of Sharjah, Hamriyah Free Zone Authority;

2.  Wings Network Statement of Policies and Procedures;

3.  Wings Network Compensation Plan Manual;

4.  Wings Network Independent Member Terms and Conditions;

5.  Wings Network Presentation entitled "Welcome to the First Mobile Multilevel in the World";

6.  Excerpts from three spreadsheets entitled "Cópia de Detailed Commissions," "Member Sales," and "Packs Sales;"

7.  Tropikgadget FZE's Response to Document Subpoena;

8.  List of Directors.

4.      **Exhibit C** in the Commission's Appendix contains true and accurate copies of

materials concerning Wings Network, which persons acting under my supervision obtained from

certain internet websites:

1.  May 15, 2014 Wings Network notification about suspending US operations, obtained from http://behindmlm.com/companies/wings-network-suspend-us-operations/;

2.  Wings Network Presentation entitled "Welcome to the First Mobile MLM in the World," obtained from slideshare.net;

3.  Wings Network website pages, obtained from wingsnetwork.com;

4.  Wings Communicator from Android Apps on Google Play, obtained from https://play.google.com/store/apps/details?id=com.globaltelwings.voip;

5.   WingsCloud from Android Apps on Google Play, obtained from
     https://play.google.com/store/apps/details?id=cloud.wingsnetwork.com;

6.   VoIP Services Review 2015, obtained from http://voip-service-
     review.toptenreviews.com/.

5.      **Exhibit D** in the Appendix contains true and accurate copies of the Wings

Network magazine, *Connect*, which persons acting under my supervision obtained from the

website, http://connect.wingsnetwork.com:

1.   April 2014 Wings Network *Connect* magazine (edition 3);

2.   March 2014 Wings Network *Connect* magazine (edition 2);

3.   February 2014 Wings Network *Connect* magazine (edition 1).

6.      **Exhibit E** in the Appendix contains "Contact Information" reports for some of the

defendants and related parties, which persons acting under my supervision obtained from the on-

line service, Thomson Reuters, CLEAR:

1.   Report for Andrew Arrambide, obtained on February 7, 2015;

2.   Report for Vinicius Aguiar, obtained on February 7, 2015;

3.   Report for Geovani Bento, obtained on February 7, 2015;

4.   Report for Priscila Bento, obtained on February 7, 2015;

5.   Report for Cawboy Services Inc., obtained on February 7, 2015;

6.   Report for Julio Cruz, obtained on February 7, 2015;

7.   Report for Pablo Andres Garcia, obtained on February 7, 2015;

8.   Report for Paulo Koga, obtained on February 7, 2015;

9.   Report for Wesley Rodrigues, obtained on February 7, 2015;

10. Report for Viviane Rodrigues, obtained on February 7, 2015;

11. Report for Simonia Silva, obtained on February 7, 2015;

12. Report for Dennis Somaio, obtained on February 7, 2015;

13. Report for Elaine Somaio, obtained on February 7, 2015;

14. Report for Sergio Tanaka, obtained on February 7, 2015.

7.    **Exhibit F** in the Appendix contains true and accurate copies of bank account

statements and related documents:

1. May 30, 2014 Bank Account Statement for Tropikgadget Unipessoal Ldp, received from Millennium BCP through the Comissão do Mercado de Valores Mobiliários of Portugal;

2. May 8, 2014 Wire Transfer from Tropikgadget Unipessoal LDA to Compasswinner LDA, received from Millennium BCP through the Comissão do Mercado de Valores Mobiliários of Portugal;

3. May 12, 2014 Wire Transfer from Tropikgadget Unipessoal LDA to Happy SGPS SA, Millennium BCP, received from the Comissão do Mercado de Valores Mobiliários of Portugal;

4. February 5, 2014 Wire Transfer from Uninvest to Parkway Real Estate LLC, received from Wells Fargo;

5. February 2014 Parkway Real Estate LLC Bank Statement, received from Wells Fargo.

8.    **Exhibit G** in the Appendix contains true and accurate copies of documents

concerning certain defendants and related parties, which persons acting under my supervision

downloaded from certain internet websites:

1. Vinicius Aguiar Website, obtained from

   http://mypage.wingsnetwork.com/cadastreaqui;

2. Andrew Arrambide Website, obtained from www.andrewarrambide.com;

3. Cawboy Service Inc. Wings Network Presentation, obtained from the Wings

   Recruiter page at recruiter.wingsnetwork.com/CAWBOYBR;

4. Geovani Bento Presentation, obtained from the Wings Recruiter Page at recruiter.wingsnetwork.com/empire.

10.     **Exhibit I** in the Appendix contains true and accurate copies of documents that were provided to the staff by investors who had received the documents from Geovani Bento and Viviane Rodrigues or communications between an investor and Viviane Rodrigues:

1.  Geovani Bento / Colso Bento Handwritten notes, 11/14/2014;

2.  Geovani Bento / Colso Documents, 11/14/2014;

3.  Viviane Rodrigues / Grupo Internacional presentation;

4.  Viviane Rodrigues / Proximos Lancamentos; Wings Card International;

5.  Viviane Rodrigues / Wings Network; *Bem Vindo Ao Primeiro Multinivel Mobile Do Mundo*;

6.  Viviane Rodrigues / Text Messages.

Executed this 25th day of February, 2015.


/s/Amy Gwiazda_____
Amy Gwiazda
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110