UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) |
| TROPIKGADGET FZE<br>TROPIKGADGET UNIPESSOAL LDA<br>SERGIO HENRIQUE TANAKA<br>CARLOS LUIS DA SILVEIRA BARBOSA<br>CLAUDIO DE OLIVEIRA PEREIRA CAMPOS<br>VINICIUS ROMULO AGUIAR<br>THAIS UTINO AGUIAR<br>WESLEY BRANDAO RODRIGUES<br>ANDREW ELLIOT ARRAMBIDE<br>JULIO G. CRUZ<br>DENNIS ARTHUR SOMAIO<br>ELAINE AMARAL SOMAIO<br>PABLO ANDRES GARCIA<br>VIVIANE AMARAL RODRIGUES<br>SIMONIA DE CASSIA SILVA<br>GEOVANI NASCIMENTO BENTO<br>PRISCILA BENTO | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| UNINVEST FINANCIAL SERVICES, CORP.<br>COMPASSWINNER LDA<br>HAPPY SGPS SA<br>PARKWAY REAL ESTATE LLC<br>RST5 INVESTMENTS LLC<br>PAULO HIDEKI KOGA | ) ) ) ) ) ) ) |
| Relief Defendants. | ) ) |

**DECLARATION OF DAWN A. EDICK**

I, Dawn A. Edick, pursuant to 28 U.S.C. §1746, hereby declare that:

1.  I am employed as Senior Counsel in the Enforcement Division of the United States Securities and Exchange Commission ("SEC" or "Commission") in its Boston Regional Office in Boston, Massachusetts. I have been employed with the Commission since February 1999, and as an attorney in the Commission's Enforcement Division since April 2003. My duties include conducting investigations relating to potential violations of the federal securities laws.

2.  On April 23, 2014, I began working on the Commission investigation that preceded the filing of this action.

3.  On February 3, 2015, I conducted an internet search for "Porto Seguro" using Google's search engine (www.google.com). I located a website titled "Porto Seguro Corporate Presentation" at the file path "http://ri.portoseguro.com.br/portoseguro/web/conteudo_en.asp?idioma=1&tipo=28471&conta=44." Information on this website stated that Porto Seguro is Brazil's fourth largest insurance company.

4.  Between May 2014 and December 2014, I interviewed several witnesses who had invested, or were solicited to invest, in Tropikgadget Unipessoal LDA or Tropikgadget FZE (collectively "Tropikgadget" or "the Company"), which I understand promotes itself as a "multi-level marketing" company operating under the name "Wings Network."

### Investor F

5.  On October 6, 2014, I spoke with an individual from Georgia ("Investor F") who told me that she, her husband, and her daughter had collectively invested $4,500 in Wings Network. She also told me the following:

2

    a. At a series of presentations in Lawrenceville, Georgia, a Wings Network promoter said that if someone invested $1,500 in Wings Network and recruited at least four additional people, they would receive $750 per month in the first year. Her husband recruited four people, but never received the promised money;

    b. What she found most appealing from the presentation was that she would not have to buy or sell anything in order to make money, which she understood was atypical for this type of company;

    c. The promoter represented that investments were secured by insurance with Porto Seguro, in case anything went wrong. At one of the presentations, a promoter showed a slide discussing the Porto Seguro insurance. Investor F was not able to see all the information on the screen, but she took note of the insurance company's name and later researched it. Knowing her investment was insured provided her more comfort; and

    d. Despite the promised return of her money she never received any money back.

### Investor G

6. On October 6, 2014, I spoke with an individual from Georgia ("Investor G") who said she invested $1,500 in Wings Network and told me the following:

    a. She was recruited to invest in Wings Network by two people from Boston, one of whom was a leader of Wings Network named "Priscila." Investor G did not know Priscila's last name although she communicated with Priscila several times by phone;

    b. During a presentation at a hotel near the Atlanta airport, she was told that Wings Network was a company that had "phone apps" and a "Communicator product." Priscila represented that Wings Network was not a pyramid scheme. During communications with Priscila and Priscila's assistant in the two weeks following the presentation, Investor G was repeatedly assured that everything about Wings Network was legal;

    c. At the presentation led by Priscila, Investor G was told the following: (i) after joining Wings Network and recruiting two others, she would make up to $750 per month; (ii) when the recruits brought in additional people, Investor G would qualify for even more money; (iii) someone made $20,000 in one month; and (iv) no selling of a product was required--she only had to introduce people to the Company and recruit them to join;

    d. Investor G emailed the Company at support@wingsnetwork.com requesting a refund. She received a reply from that email address stating that she would

      receive her money back but that her account was currently frozen and that she would receive an update. Investor G never received any further information from Wings Network regarding her refund request. The Wings Network website was no longer online when she tried to access it; and

    e. In August 2014, Investor G contacted Priscila to inquire about the refund and Priscila responded that she did not know what was happening with Wings Network. Investor G emailed Priscila in September 2014 requesting her money back, but Priscila never replied. Investor G never received her money back.

7. Investor G provided me with a telephone number she used to communicate with "Priscila." Several other investors identified that number as defendant Priscila Bento's cellular telephone number.

### Investor H

8. On September 25, 2014, I spoke with an individual from Massachusetts ("Investor H") who told me he invested approximately $30,000 in Wings Network in March 2014. The investor also told me the following:

    a. A friend of his solicited him to invest in Wings Network. Investor H gave money to his friend who in turn gave it to Vinicius Aguiar to open multiple accounts;

    b. Investor H's friend promised him that he would receive $750 per month for each account; and

    c. He received an email from Wings Network stating that its accounts were blocked and describing how he could get his money back. Investor H never received any money back.

### Investor I

9. On September 29, 2014, I spoke with an individual from Massachusetts ("Investor I") who told me he invested approximately $1,580 in Wings Network. He also told me the following:

    a. A work colleague invited him to a Wings Network presentation in February or March 2014. At the presentation, the promoter explained the Wings Network program and displayed the Wings Network website;

    b. During the presentation, the promoter described three types of investments and stated that the more invested, the greater the return. The promoter guaranteed Investor I that he would get his investment back in three months or less as long as he recruited at least two people. For the nine months after recruiting, he would net $600 per month. The promoter further represented that Wings Network would send him a debit/credit card to access the money;

    c. The promoter represented that the Company was secured by insurance and that if he did not recruit anyone, he could get his money back and discontinue his membership. Investor I invested the day of the presentation; and

    d. Because Investor I did not recruit anyone, he requested a refund from the promoter. The promoter replied by text message, directing him to the Wings Network website. The investor never received any money back.

### Investor J

10. On July 23, 2014, I spoke with an individual from California ("Investor J") who invested, collectively with his wife and father-in-law, approximately $11,000 in Wings Network, which he wired directly to a Wings Network bank account in Portugal. He also told me the following:

    a. He attended a March 28, 2014 Wings Network presentation at someone's home, where he viewed slides with documents illustrating that Wings Network was cleared to operate in the United States;

    b. The slide presentation referenced insurance coverage and showed related documents but he was unable to read the documents on the slide completely. Wings Network advertised and promoted that a Brazilian insurance company, Porto Seguro, would guarantee Wings payments;

    c. From the presentation, which suggested a passive income stream model, Investor J understood that he could purchase seven "positions," resulting in a payment stream of $700 per month. Investor J also understood from the presentation that investors were not required to sell any products to receive the $700 per month;

    d. On April 5, 2014, Investor J viewed a live online broadcast of a Wings Network meeting in Boston marking the "official" start of Wings Network in

       the United States. Defendants Carlos Barbosa ("Barbosa") and Claudio Campos ("Campos") presented at the meeting, and Barbosa represented that Wings Network members who were not satisfied could request a refund;

   e. On July 17, 2014, Investor J emailed Campos requesting access to the insurance company coverage to get a refund of his investment, with interest. Campos replied by email that Wings Network was not an investment and that Wings Network's accounts were frozen, but that he would be reimbursed after the accounts were unfrozen;

   f. Investor J had a telephone call with defendant Viviane Rodrigues ("Rodrigues") who told him she would help him get his money back; and

   g. Investor J never received any money back.

## Video and Audio Recordings

11. During the investigation, I, along with other members of the Commission staff working on the investigation, searched the "YouTube" website for videos referencing the defendants in this action. Our search turned up many videos. Because the videos were in a foreign language, a translator fluent in that language viewed the video and translated the statements into English for me.

12. I viewed a 40:21-minute video titled "The first Wings conference 1_30_2014" that was posted on YouTube at the following Web address: http://www.youtube.com/watch?v=cWrFZ2lT3Vo. This is a recording of a January 30, 2014 Wings Network Official Conference. An individual identified as Carlos Barbosa ("Barbosa") appears on a small portion of the screen while various visuals are shown on a larger portion of the screen. According to a translator fluent in Portuguese, Barbosa makes the following statements:

   a. "I want to start with a part that has been, during this time, since we inaugurated, uh, the project [unintelligible] on November 7, if I remember right, which has to do with some official company documents. Now then, I, I want to present to you some of these documents. I think that it is important for some people, all of them, to feel secure about the enterprise, to know that they are companies that have been

created and that are legal, pursuant to the laws of the various countries where we [unintelligible] the framework of the group.  And I wanted to start by talking about the Portuguese company called Tropikgadget, which is precisely the official representative of all products and services of Wings Network.  [Portuguese corporate registration document appears on the screen]  This is a Portuguese company, whose permanent registration certificate number can be seen on your screen, 334271642665, a certificate that is on-line.  Therefore, everything is okay."

b. "There is another company in the group called Tropikgadget, which is headquartered in Dubai. This company is specifically and exclusively responsible for all of the project's multi-level business.  Here are the official documents of the company charter. . .Here, the proof of registration of the company Tropikgadget [unintelligible] Dubai and, lastly, the company's certificate of incorporation, which proves the validity and the actual existence of Tropikgadget."

c. "Another question that I have been asked during this time has to do with DSA, DSA because [unintelligible] Direct Sales [sic] Association.  It is an American association that regulates, analyzes, and that attests to the sustainability and legality of multi-level companies.  This does not mean that all legal and sustainable companies are registered with DSA.  What it does mean is that all of the companies that have been through the process of joining DSA, are, or probably are, according to this association, which is an internationally-known association and [unintelligible] name, legal, uh, and/or probably, sustainable.  I want to tell you that Wings Network has already initiated the somewhat long process of joining DSA, which can be verified by this email that I received from Mrs. Nancy Burke, in which she says that she is very happy, uh, to send us a membership kit.  So, what happens is that DSA has a series of forms.  They are pre-analysis forms.  And, uh, some time passed, in our case it was three weeks.  And if everything passes the pre-analysis that they do on our company - - whether it be the verification or the legality of the company's charter, or whether it be the analysis of our website, of our products, and of our compensation plan – based on this analysis we will move on to the next phase.  This document that is on the screen is a document of the second phase of the process of joining DSA, which means that the pre-analysis that they did on our project was positive and we move onto phase two, which is the phase that we are in now."

d. "What is going to happen, these are, this is DSA's normal procedure, is that we are going to go through a period, like all companies do, of one year, in which, uh, [unintelligible] our membership status is pending.  During that time, we are going to be able to take advantage of all of the features that DSA makes available to us, including the use of DSA's logo on all of Wings Network's official materials."

e. "Uh, we are preparing two new, I would say three, but in a closer phase, two new products, two new tools that we want to provide to the members who have the active Start, Executive, and Elite packages.  Uh, I am specifically talking about a

7

        tool called Wings Communicator. Wings Communicator is, like I said, a communication tool – video and chat- and is a very useful VOIP tool. We made, we concluded an agreement with the world's largest provider of VOIP minutes and this tool will be made available to you, and will also be, will coincide with the first marketable tool, per se, from Wings."

    f. "Uh, the time between our conference today and November 7, which was our official pre-opening, has been somewhat troubled with regard to the methods of paying members. We are aware of this . . . At any rate, in the coming days, and the coming days will most likely be the end of next week we will have a solution for credit card payments directly on our website."

    g. "Uh, like I was saying, the second critical topic that has to do with financial matters is the matter of withdrawals, but the one is obviously completely interconnected with the other. Therefore, the topic of withdrawals, requests for money, follows the same logic that I mentioned with regard to credit cards. Therefore, in the upcoming days, the next week, we will have resolved these things. At any rate, there is one thing that all members can do, many of them already have, but there is a very, very large number of active Wings members who have not, which is to provide the banking information on your personal information form in your virtual office."

    h. "Therefore, it is important that you provide this banking information. This is the information that will serve as the foundation so that we can return money to anybody who might want to, uh withdraw from the business and who are, of course, covered by the provisions stipulated in the membership contract. . ."

    i. "At any rate, there is one thing that all members can do, many of them already have, but there is a very, very large number of active Wings members who have not, which is to provide the banking information on your personal information form in your virtual office. There, there is an option, a tab, that says 'Banking Information,' uh, and I think it will be very much in your interest to provide that information."

13.     I watched a video titled "Wings Network 2 conferencia Oficial 13 02 2014" that was posted on YouTube on February 15, 2014 at the following Web address: https://www.youtube.com/watch?v=dDbNyPC1kRE. This 1:20:44 minute video recorded a February 13, 2014 Wings Network online conference, or webinar. At the 22:29 mark, an individual identified as Carlos Barbosa ("Barbosa") appears on the screen and speaks in

Portuguese. According to a translator fluent in Portuguese, Barbosa makes the following statements:

    a. "Wings Network project has been very surprising regarding its results. We're in more than fifty countries right now. It is very fantastic to open the doors on November 7th and a little bit more than three months later it is in more than fifty countries."

    b. "I would like to talk about three or four items, starting with the novelty, two or three days ago, as you might know, you might have the option of payment with credit card directly from our site. The issue of payment processing has been a complicated one for us. We've had some difficulty finding a partner that will give us guarantees. Safety, feasibility, and velocity guarantee. Thus, some weeks ago, we decided, within the philosophy of the company, to get an in-house solution. It took a little while, but it is finally ready. The first stage of implementation of the payment system has started. You can use your Visa card, Mastercard, etc. for payment of our packs on our site. Starting next week, we'll have online a form that was promised to our partners. For the Wings Card, what will happen with our Wings Card is that we'll have an insurance linked to the Wings Card- which is provided by a third party company. The company is not related to Wings, and we believe that, accordingly, to our plans and our business model, the company had the capacity to give us the insurance guarantee. It means that everyone that uses the Wings card, in case that company has some type of problem, which we don't believe will happen, will be able to get the amount they invested, the purchase they made, meaning, the amount they invested in purchase of their Pack. As I said, this insurance is given by a third party company that has nothing to do with Wings. It is something that is not completely closed. We are still processing the agreement but just to answer some questions as to whether the Packs purchases will be insured, what it means is that all the Pack purchases will be insured. It will work not only for people who will come in later, but also people who are already members of the business. They will be retroactively covered by the insurance. This will also make available for some members, a volume of withdrawals that allows them (in the countries that this is possible), here in Portugal you can only withdraw a maximum of 400 euros a day, but in some countries, you can withdraw more. And Wings card will allow you to withdraw up to $1,000 / day. With no purchase or payment limits. It is in fact a fantastic product. That will leave members very happy."

In the same video, Barbosa introduces Claudio Campos ("Campos") as "Director of Operations." According to the translator, Campos makes the following statements:

    c. "Other novelties that will come up very soon and I'd like to explain to you that we have new products coming in next month. In your Personal Page you can sell, the next days and months, we are integrating all our technological services in our

       sales platform.  If I can sell what we have today, Personal Page, Recruiter, and Back Office, we will have the Wings Commerce, a platform that is directed to direct sales online.  It is an e-commerce platform.  100% online.  We have the service of cloud computing, maybe a site hosting, storage, direct processing.  Wings Conference is programmed for the next days.  Wings Fly is a concept we're working for a few months. We want to offer a flight product.  We'll probably start with a more local touch and subsequently we'll go all over the world and, in the future, we can use the air tickets from Wings Fly and fly to our Wings Resort.  We intend to also offer Wings Resorts."

d. "Our product that is coming out of the oven and is almost ready – you understand that we cannot always make things as quick as you'd like, it might take one more week or so, three days, some hours more, but it comes out much more perfect, the way you guys deserve.  With the Wings Communicator, it is no different.  The idea is to create a communicator.  Our VOIP partner is one of the biggest and best in the world.  It is more expensive, but worth it.  The VOIP, similarly to Skype, and a message system similar to WhatsApp, as well as a video all system similar to WeChat and also an [unintelligible] referral system (screen shows Waze logo).  For example, I arrive in the city of Porto in Portugal, and I can exchange a WhatsApp message.  With my Communicator, I'm able to integrate all the communication with my network.  (Wings Server showing on screen)."

e. "I'm going to introduce our last product.  Please visualize where you will be during your vacation in the next year.  It is not here yet, but next year for sure.  You can take a picture of the Wings Resort- it's mine, it's yours.  It is phenomenal.  It belongs to the network.  It is big joy, as a first MLM company, to offer to the network a space like Wings Resort.  It is the business we'll be doing called Wing Resort."

14. I watched a video titled "Webinar Oficial Wings Network 2" that was posted on YouTube on March 8, 2014 at the following Web address: https://www.youtube.com/watch?v=ejQNAXNzasQ.  This 36:35 minute video recorded a February 27, 2014 Wings Network online conference, or webinar.  An individual identified as Campos appears on a portion of the screen and speaks in Portuguese, while various visuals are shown on a larger part of the screen.  According to a translator fluent in Portuguese, Campos makes the following statements:

a. "At this time, it is important to have your account information updated.  It is very important that all data is updated so that from there, we can migrate this

information to [background noise] Tique Pay payment system and from there, issue the cards to all of you, okay?"

b. "The next question [unintelligible] is about Porto Seguro's insurance that is, in fact, our next screen here. [noise] (screen says "weekly lotteries. $5,000.00. Guaranteed Premium) What we'll have to offer Wings members in every product he buys, in any business center that this product or pack is found, there is an awarded guarantee. The word insurance is another product, ours is an awarded guarantee that in fact, will give you the security to realize that everything that you bought or acquired, you will be able to use. All that you do, such as purchases, and like the Wings Server that we are going to address later, a partner warrants you a permanent gain for one year, an invariable gain during one year, you will have Porto Seguro's awarded guarantee and the purchase [noise] amounts are guaranteed. That means, regardless of whatever happens, we are insured. A guarantee that the purchase amount will be delivered. Whatever you purchased, you will receive. And because it is an awarded guarantee, it is a number and this number will be through the partnership with Tique Pay - - this is a proposal that Tique Pay brings to us as a partner and the numbers that will be on your Tique Pay card in - - in - - in the Wings Card International, right?"

c. "So we'll have the Start, Executive, and Elite Pack integration via a product called Wings Hub where we will integrate the Personal Page, Recruiter, Communicator, and Wings Conference - - Wings Conference in this product. We are already developing - - developing a proposal with the technology department Wings Commerce- - Commerce that will also be part of the tools we already have, but another set of online marketing tools. Wings Fly and Wings Resort are – are products that we will launch in the next - - I would say, next month, next March we will try to present to you how this product works. Resort will come more towards April, Wings Fly already in March. Both will deal with travel and tourism area or business trips but Wings Fly is related to airfare and Wings Resort is a timeshare in the Orlando lodging area."

d. "Later we will talk specifically about one product that is basically ready, is in the final stages of tests which is the Wings Communicator development that shows us the way we are going is the correct way."

e. "Then Wings Communicator is predicted for the month of March. We are getting into the end of [unintelligible], beginning of the month of March, the first fifteen days of March, we will finalize the tests and it will move to the implementation phase for those who have the Packs that Wings Communicator is part of."

f. "So, I want to make it very clear to all of you that unfortunately the payment card cannot be used today due to these - - these purchases charged to the card, only on card [unintelligible] resolved and ready. We have Porto Seguro's awarded guarantee and there is, methodically, the insurance guarantee will come together with the card delivery, Wings Card International. This is a partnership with Tique

11

Pay with Wings Card International so we will have the guarantees from Porto Seguro together with the credit card.  It will be - - approximately 30 more days for the card to arrive to you. . ."

15.     I watched the following four videos posted on YouTube on April 9, 2014 that, collectively and consecutively, recorded an April 5, 2014 Boston Wings Network USA launch event:

- "Wings Network Live event in Boston-MA Part 1", a 48:28 minute recording at the Web address: "https://www.youtube.com/watch?v=c1JpFAWaloc"

- "Wings Network Live event in Boston-MA Part 2", a 42:18 minute recording at the Web address: "https://www.youtube.com/watch?v=n3GB-7dM12U"

- Wings Network Live event in Boston-MA Part 3", a 44:37 minute recording at the Web address: "https://www.youtube.com/watch?v=raPFPxmQzAg"

- "Wings Network Live event in Boston – MA Part 4" a 29:44 minute recording at the Web address: "https://www.youtube.com/watch?v=t-Kw4v9A94M ."

The videos contain portions in English, Spanish, and Portuguese.  Individuals speaking on the videos are identified as Carlos Barbosa, Claudio Campos, Geovani Bento, Vinicius Aguiar, Thais Aguiar, Dennis Somaio, Viviane Rodrigues, and Wesley Rodrigues.  According to a translator fluent in Portuguese and Spanish, Geovani Bento introduces Campos as the "Director of Operations" of Wings Network.  Campos then promotes Wings Network and its products, Member Packs, and compensation plan, including the various bonuses, making the following statements:

a.  (discussing Wings Networks products) "You can create a blog and personal page.  There is a Wing Conference app that you can use wherever you are, access to everything, just need phone with access to internet.  Wings Recruiter can create our own landing page using name, receive emails, have the option to send personalized emails.  Promote your page on social network: Twitter, Facebook, GooglePlus.  Will generate reports and statistics for your company.  Wings account server - with capability to store all of your applications.  Our website is in Portuguese, Spanish, English.  You've seen some conferences we've made.  We have an exclusive app for a Personal Page.  These are real images of the Personal Page application is in the App store and GooglePlay.  Uses the same login and

12

PIN for your back office. I can't show you the application because it is in the cellphone; these are real images (images shown on screen). You'll have an official application, official presentation. This app is good because it produces content even off-line. It shows all of the published posts. You can manage your events and your followers. You can register your important moments, wherever you are. Integrate social networks. Can send list of Recruiter contacts, post YouTube videos. Can use your Recruiter Registry. There are a lot of people in Boston. You can call your team in Boston through posting. Recruiter 2.0. Works really well when you want to advertise an event or a product. Some people would like to use it for Wings Network, some for other tools. Powerful system of email marketing. A lot of people don't have that much knowledge of technology. That is why it is powerful. It is packed with information, light and simple to use. The screen can show you how to put together a campaign. The investment was made, the tool is being improved."

b. "I've been doing business on commercial area for several years, and am still surprised by this material. Really surprised with new material. This is spectacular. Simple and powerful. The mobile is not only about the apps business. Wings network is a global company that develops innovative solutions through direct sales. It has several solutions of mobile network. It generates revenue through system of recommendation."

c. "Wings Recruiter, Wings Cloud, Wings Communicator- we have 2.2 servers internationally. In Brazil, 0.3, 0.4. That is why we are investing so much in Wings Cloud, because it is increasing so much. In a maximum of sixty days, Wings Cloud will be Wings Network. We don't want to depend on third parties, so all of the technology of Wings Cloud will be in up to sixty days, Wings Network. Wings Cloud has novelty, safety. I make a link, I ask Wings Cloud to mark an event in my cellphone, my computer, etc. We should separate the issue of membership. Anyone can be a member, starting with $49 no network, no points, no access to many tools, but can have access to Wings Network, access to Wings Cloud. Doesn't have a personal net. You can have a landing page."

d. "Wings Store application. Concept- link your page to the Wings Network. Create income through the recommendation. Example: We have a game which is a success. You have several applications in your page and you sell through recommendations. There is a specific store for the members of Wings and they generate income through recommendations. There is a game called Integration that is a success all over the world. You are not able to promote it, because there is not money to market this game- but your friend has told someone- there is a great game, you can get it. So we have noticed that recommendation/referral is the best tool for marketing. A member with $49 can get this type of referral, through recommendation of these apps. It is different from the Standard, Executive, or Elite packs. You can get a bigger revenue- like 604 of the points."

  e. "Cancellation policy: each one of your Start Packs sold an Elite pack, equaling 600 points for each team. You gain your Consultant Bonus. In five or six days, there is a cancellation. If it is within fourteen days, the person gets his money back and this account leaves your tree. You don't have 500 points anymore."

16. According to a translator fluent in Spanish and Portuguese, Carlos Barbosa made the following statements in the YouTube videos identified in paragraph 15:

  a. "We are trying to create with the Communicator a communication product all in one. Most products in the market solve one problem: messaging VOIP. Some solve more than one, but Wings can do it in an innovative way: the all-in-one Communicator. The VOIP has two novelties: it is the first system in the world with no fixed connection. The connection fee is paid once the call is placed. All VOIP systems charge this fee. It is not like that in Wings Communicator – we pay the minutes we use. There is a call-back system. You can ask a person to make a call. There is a Wings Communicator Central. You can request them to call another person, and you will get a call back, for very good prices. [It has] group messages, video calls, group calls. All-in-one concept, integrated in one product. Automatic synchronization. Control of on-line. Face-to-face communication using cameras front and back. Picture-in-picture. Encryption system- all messages are encrypted, very safe."

  b. "Processing payments. We work with a company that provided payments before, and that company was not working out. We want to work with high level companies, but, unfortunately, we weren't lucky in that manner, without putting the blame on anyone. So, two and a half months ago, we decided to build our own payment processor. We started with a bank in Orlando. We acquired a bank in the U.S, in Orlando. It is not an agency bank, it is an investment bank. In order to sustain the operations. At this moment I can tell you that the system, called Tique Pay, is ready and probably by the time we are talking right here, you will be able to pay in Peru, Dominican Republic, all of Latin America from Mexico down, will be able to pay with something similar to Boleto in Brazil. Most likely at this time, if you simulate a registration, you'll be able to pay."

  c. "The credit card solution is something we want to do very well. We had it working but it didn't work out the way we wanted because there are people that did not have correct lifestyle and there were people that were sending other people's accounts, or used their own card and then called the bank and then said they had fraud occurring with their card, so we came to the conclusion that that system was not working so we stopped it. So now when we start with Tique Pay process, things have to have their time, as Claudio was saying. Things come from the foundation. We can only be as solid as the foundation we put down. I'm leaving here a message of trust. We pay a lot and we pay well. Because we get a traditional way and structure and we get 80% of what the distribution companies get, and we give it to you. You are our distribution company. That is why we

pay like we pay.  Because in the market we are in, we are cutting down the marginal costs.  It is easier for us to pay so much."

17. In the videos identified in paragraph 15 above, Geovanni Bento acknowledged promoters Vinicius and Thais Aguiar, Dennis Somaio, Andrew Arrambide, Viviane Rodrigues, and Wesley Rodrigues for reaching certain milestones.  Each of these promoters also spoke briefly.

18. I watched a video titled "Novedades Wings (con Julio Cruz Hernandez)" posted on YouTube on April 29, 2014 at the following Web address: http://www.youtube.com/watch?v=sWNyuSu_ZgA.  This 14:14 minute recording in Spanish featured an individual identified as Julio Cruz interviewing another individual identified as Carlos Barbosa.  According to a translator fluent in Spanish, Barbosa made the following statements:

   a. "Regarding the Wells Fargo question, it is important that you send proof that you did not receive the payment that we made.  Send a bank slip, because Wells Fargo is saying that majority of the money did not come back.  Because Wells Fargo is saying that the majority has been returned and we know that it wasn't, so we need to prove it because there is another thing going on with Wells Fargo.  It is very important that you send us bank slips showing that the money did not return to your account.  The low cash is important because if you don't have that you can't prove that the money wasn't returned.  It is important, in order to make the payment, send the bank slips proving payment wasn't made."

   b. "The cards were sent to the people who requested them.  Now it is a question of international mail.  In three to four days, you can use all of the capabilities of the cards. You can load your balance, pay with the cards, in three to four days."

   c. "Regarding the people in other countries whose transfers weren't done by Wells Fargo.  It is not possible to make transfers on the same day that you receive proof.  Not everyone is honest, unfortunately.  We have cases where we trusted people and now we'll have to wait until payments are done.  In three to four days, we will make available the forms to get the bank information.  You will have to show proof of the bank account and this is for the ones that don't have the cards.  For those who have the cards, you will get in three to four days."

19. A Wings Network investor provided the SEC with an audio recording he made of a May 5, 2014 Wings Network online conference. This investor told colleagues of mine on the SEC staff that defendant Claudio Campos spoke at the conference and answered investor questions. I also watched a 44:28 minute video posted on YouTube on May 6, 2014 titled "conferencia_05052014_claudio campos" at the following Web address: "https://www.youtube.com/watch?v=UnLKi_6WtG8 ." According to a translator fluent in Portuguese, the audio recording and the YouTube video recording are the same event. During this event, Campos stated:

   a. "We are offering a chance for the people who don't have the time to dedicate to business, offering them the chance to leave."

   b. "The Wings Network clients that want to cancel have the opportunity to request return of the pack within fourteen days and they have thirty days to return it. There is one email for cancellations at wingsnetwork.com site. There will be an immediate reply once the email is received."

Campos also reads the following questions from investors, and provides the following answers:

   c. "Has the card arrived? Yes. Several have arrived. We have an absurd return due to the incorrect address. For every 100 cards, 40 are returned. It is not our fault because every day we send cards so you can receive your bonus and enjoy. There is an email just to answer bonus questions: mybonus@wingsnetwork.com. It works at more than two million establishments throughout the world. You should check your IBAN or swift at the bank at the country where you are. In case the card does not work, we will send the funds to your bank account."

   d. "People are asking when their card will come. I don't know why I keep getting asked when cards are coming. I have answered that. We are sending the cards. Regarding bank transfers, we will send them this week. They are going fine but we will send a maximum of $3,000 for security purposes."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 25th day of February 2015, in Boston, Massachusetts.

/s/ Dawn A. Edick
Dawn A. Edick
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110