UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TROPIKGADGET FZE )<br>TROPIKGADGET UNIPESSOAL LDA )<br>SERGIO HENRIQUE TANAKA )<br>CARLOS LUIS DA SILVEIRA BARBOSA )<br>CLAUDIO DE OLIVEIRA PEREIRA CAMPOS )<br>VINICIUS ROMULO AGUIAR )<br>THAIS UTINO AGUIAR )<br>WESLEY BRANDAO RODRIGUES )<br>ANDREW ELLIOT ARRAMBIDE )<br>JULIO G. CRUZ )<br>DENNIS ARTHUR SOMAIO )<br>ELAINE AMARAL SOMAIO )<br>PABLO ANDRES GARCIA )<br>VIVIANE AMARAL RODRIGUES )<br>SIMONIA DE CASSIA SILVA )<br>GEOVANI NASCIMENTO BENTO )<br>PRISCILA BENTO )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>UNINVEST FINANCIAL SERVICES, CORP. )<br>COMPASSWINNER LDA )<br>HAPPY SGPS SA )<br>PARKWAY REAL ESTATE LLC )<br>RST5 INVESTMENTS LLC )<br>PAULO HIDEKI KOGA )<br>)<br>Relief Defendants ) | Case No_____ |

DECLARATION OF JOHN McCANN

John McCann, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am a forensic Staff Accountant employed by the Securities and Exchange Commission (the "Commission") in the Boston Regional Office. I have been employed at the

Commission since February 2014 and my duties include conducting investigations relating to potential violations of the federal securities laws.

2. Prior to joining the Commission, my relevant professional experience includes approximately sixteen years as a forensic accountant for PwC and Mack|Barclay, where I investigated financial statement fraud, asset misappropriation and corruption matters and calculated damages remedies. I also have approximately four years' experience as an auditor for Coopers & Lybrand. I am a Certified Public Accountant in Massachusetts and am Certified in Financial Forensics by the American Institute of Certified Public Accountants. I have a Bachelor of Business Administration degree with a major in Accounting from the University of Massachusetts at Amherst.

3. I make this declaration based upon my personal knowledge as set forth below and in support of the Commission's motion for a temporary restraining order, order freezing assets, and for other equitable relief.

4. I was asked to review certain documents, including bank statements, and federal wire transfer records concerning Wings Network and certain identified affiliates and/or promoters of Wings Network. I also reviewed certain Wings Network materials, including its Presentation Plan, Compensation Plan Manual, and spreadsheets of Massachusetts' Users, Pack Sales and Commissions.

5. In my review of available Uninvest Financial Services Corporation's ("Uninvest"), Tanaka, and Tropikgadget Unipessoal LDA's ("Tropikgadget") accounts, I found evidence that since November 1, 2013, Wings Network raised at least $23.5 million from U.S. and foreign investors. The available bank documents include (1) Uninvest's accounts at Wells Fargo (accounts ending in '5950, '3305 and '9993) and JPMorgan Chase (accounts ending in

'9620 and '6979), (2) Sergio and Patricia Tanaka's accounts at JPMorgan Chase (accounts ending in '6990 and '0850), and (3) Tropikgadget's account at Millennium BCP (account ending in '7884). Between November 2013 and March 2014, the Uninvest bank accounts received at least approximately $2,450,000 in Wings-related deposits (i.e., deposits that referenced Wings, came from identified Wings promoters or members, or equaled multiples of Wings membership package prices). I noted that certain Wings-related wire transfers to the Uninvest account identified Sergio Tanaka as the beneficiary. This analysis excludes an additional approximately $5,950,000 of Uninvest deposits during the stated period that the staff has not, to date, linked to Wings. Between November 2013 and January 2014, the Tanaka bank accounts received at least approximately $214,000 of Wings-related deposits (Tanaka took in additional investor money but transferred it to Tropikgadget). The Tropikgadget bank account received approximately $20,865,000 (after converting from Euros to U.S. dollars and excluding identified deposits related to maturing CDs).

6. According to Wings Network's sales records purportedly limited to Massachusetts and from the period November 7, 2013 through April 25, 2014, Wings Network raised approximately $12.5 million from investors, including $12.1 million in Member Pack sales and $.4 million in Membership Fees. Wings Network commission records purportedly limited to Massachusetts and from the period November 16, 2013 through April 25, 2014 report paid commissions of approximately $14.5 million. The reported commissions paid exceed reported sales by approximately $2 million.

7. I understand that Wings Network Career Prize provides a measure of a Member Team's volume of investor money raised. According to the Wings Network Presentation Plan and Compensation Plan Manual, Wings Network awarded Career Prizes to recognize the

performance of Members who attain certain goals. For example, a Wings Network Member can become an Executive Director upon reaching 5,000,000 points in his/her team, among other criteria. According to the Presentation Plan, approximately one point is earned for every $3 of pack sales (i.e. 500 points earned for an Elite Pack that costs $1,499). Similarly, a Member can become a Director or Senior Manager upon reaching 2,000,000 points or 500,000 points, respectively, among other criteria. Accordingly, the minimum required points by Career Prize approximates the following minimum investor money raised from pack sales by a Member's team:

  a. Executive Director    $15,000,000

  b. Director    $ 6,000,000

  c. Senior Manager    $ 1,500,000

8. Based on certain Wings Network promoters' guarantees to Elite Pack purchasers of $750 per month Consultant Bonuses by merely recruiting two members at the Elite Pack level, I have determined that the promised annual return approximates $481% (based on $9,000 in annual Consultant Bonuses and an investment of $1,548 which includes $1,499 for the Elite Pack and the $49 membership fee).

9. In my review of the Uninvest bank account documents, I identified the following disbursements:

  a. RST5 Investments LLC received twenty-nine transfers totaling $1,734,716 between April 9, 2014 and December 22, 2014.

  b. Bomani Strategies, Inc. received a transfer of $1,250,000 on April 9, 2014.

  c. Paulo Koga, Milene Koga, or accounts that Paulo Koga controlled received thirteen transfers totaling $570,753 between November 1, 2013 and May 21,

2014.

    d. Parkway Real Estate LLC received three transfers totaling $290,000 between February 5, 2014 and April 9, 2014.

10. In my review of the Tanaka bank account documents, I identified the following disbursements:

    a. Bomani Strategies, Inc., Ghalib Investments Ltd., and Real Emperor Brazil Investments Ltd., all British Virgin Islands corporations whose incorporation documents identify Tanaka as the owner, each received a transfer of $50,000 during December 2013.

    b. Aikon LLC, a Florida company whose articles of organization identifies Sergio Tanaka as Manager, received a transfer of $334,076 on January 30, 2014.

11. In my review of the Tropikgadget bank account documents, I identified the following disbursements:

    a. Compasswinner LDA, a Portugal corporation, received a wire transfer of €7 million (approximately $8.75 million) on May 8, 2014.

    b. Happy SGPS SA, a Portugal corporation whose registration identifies Tanaka and Barbosa as two of the officers, received a wire transfer of €950,000 (approximately $1.18 million) on May 12, 2014.

12. My review of documents for Cawboy Services Inc.'s Bank of America account (account ending in '3858) identified that the authorized account signer is Wesley Brandao Rodrigues. My review of this account also identified Wings-related deposits from December 2013 through April 2014 (i.e., deposits that referenced Wings, or equaled multiples of Wings membership package prices).

13. My review of documents for Grupo Internacional Inc.'s Citizens Bank account (account ending in '9029) identified that the authorized account signers are Elaine Somaio and Dennis Somaio. My review of this account also identified Wings-related deposits during April 2014 (i.e., deposits that referenced Wings, or equaled multiples of Wings membership package prices).

14. My review of documents for Success Wealth101 Inc.'s Citizens Bank account (account ending in '1098) identified that the authorized account signer is Geovani Nascimento Bento and Priscila Bento. My review of this account also identified Wings-related deposits from December 2013 through April 2014 (i.e., deposits that referenced Wings, or equaled multiples of Wings membership package prices).

15. Based on my review of Tropikgadget's bank records, I noted certain payments to identified Wings Network investors.

16. Pursuant to my review of Uninvest's Wells Fargo bank records for the account ending in '5950, there was no evidence of failed outgoing transfers between November 2013 and early April 2014 when this account was closed. This Uninvest account is the only identified Wells Fargo bank account that received Wings-related deposits directly from promoters.

Signed under the pains and penalties of perjury this 23rd day of February 2015.

_____
John McCann
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110