UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TROPIKGADGET FZE )<br>TROPIKGADGET UNIPESSOAL LDA )<br>SERGIO HENRIQUE TANAKA )<br>CARLOS LUIS DA SILVEIRA BARBOSA )<br>CLAUDIO DE OLIVEIRA PEREIRA CAMPOS )<br>VINICIUS ROMULO AGUIAR )<br>THAIS UTINO AGUIAR )<br>WESLEY BRANDAO RODRIGUES )<br>ANDREW ELLIOT ARRAMBIDE )<br>JULIO G. CRUZ )<br>DENNIS ARTHUR SOMAIO )<br>ELAINE AMARAL SOMAIO )<br>PABLO ANDRES GARCIA )<br>VIVIANE AMARAL RODRIGUES )<br>SIMONIA DE CASSIA SILVA )<br>GEOVANI NASCIMENTO BENTO )<br>PRISCILA BENTO )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>UNINVEST FINANCIAL SERVICES, CORP. )<br>COMPASSWINNER LDA )<br>HAPPY SGPS SA )<br>PARKWAY REAL ESTATE LLC )<br>RST5 INVESTMENTS LLC )<br>PAULO HIDEKI KOGA )<br>)<br>Relief Defendants. ) | Case No_____ |

## **DECLARATON OF SCOTT STANLEY, ESQ.**

Scott Stanley, Esq. hereby declares, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am employed as Senior Counsel in the Enforcement Division of the Boston Regional Office of the United States Securities and Exchange Commission ("Commission"). I have been employed with the Commission since August 2008. My duties include conducting investigations relating to potential violations of the federal securities laws.

2. I make this declaration based upon my personal knowledge, or upon information provided to me by colleagues acting at my direction, as set forth below and in support of the Commission's *ex parte* motion for emergency relief.

3. On April 23, 2014, I began working on the Commission investigation titled In the Matter of Wings Network (B-02917) that preceded the filing of this action. The purpose of this declaration is to relay to the Court certain information that I learned by: (i) reviewing documents that the Commission obtained during the course of the investigation; (ii) conducting searches on publicly accessible internet sites; and (iii) interviewing investors and potential investors in Tropikgadget Unipessoal LDA or Tropikgadget FZE (collectively "Tropikgadget" or "the Company"), which I understand promotes itself as a "multi-level marketing" company operating under the name "Wings Network." I note for the Court's consideration that copies of certain documents and web pages I discuss in this declaration are contained in the Commission's Evidentiary Appendix ("the Appendix").

## MASSACHUSETTS SECURITIES DIVISION

4. During the course of the investigation, I communicated with the Securities Division of the Office of the Secretary of the Commonwealth of Massachusetts ("Division") regarding an investigation the Division conducted that resulted in an administrative complaint filed on May 15, 2014 against certain of the named defendants in this case. **Exhibit B** in the

Appendix contains true and accurate copies of the following documents that the Division produced to the Commission upon my request:

1. Government of Sharjah, Hamriyah Free Zone Authority License Certificate;

2. Wings Network/Statement of Policies and Procedures;

3. Wings Network/Compensation Plan Manual;

4. Wings Network/Independent Member Terms and Conditions; and

5. Wings Network presentation titled "Welcome to the First Mobile Multilevel in the World v. 3.0.;" and

6. Wings Network Sales and Commission summary. [This is a compilation of pages I excerpted and combined from several documents that Tropikgadget produced to the Division.]

## INTERNET SEARCHES

### A. EDGAR

5. During the investigation, I searched the Commission's EDGAR (Electronic Data Gathering, Analysis and Retrieval) database for any corporate filings by Tropikgadget. The EDGAR database, located at http://www.sec.gov/edgar/searchedgar/companysearch.html, is a repository of publicly available company records filed with the Commission, such as any registration statement filed for the purpose of offering a security to the public. My search resulted in no record of any document--including any registration statement--ever filed by Tropikgadget with the Commission.

### B. FACEBOOK

6. During the investigation, I searched the internet social networking website "Facebook" for references to, or graphic images of, any of the named defendants and relief defendants in this action. Facebook is a publicly accessible website. Registered users can post information and graphic images (including photographs) and communicate with other registered

Facebook users or the public at large via a personal or corporate "profile" page identified by a file path beginning with http://www.facebook.com/. My search turned up numerous photographs and graphic images on publically accessible Facebook profile pages. **Exhibit H** in the Appendix contains true and accurate copies of the following images that I located and then instructed colleagues acting under my supervision to download from the internet. These images have been redacted to remove names identifying certain people that are neither defendants nor relief defendants, to protect their privacy.

    a. Photograph of an automobile with the advertisement decal "International Group Wings Network," posted on Facebook profile page of "Wesley Rodrigues" (February 13, 2015 at 10:13 a.m.) (**H-1**);

    b. Graphic image advertising "Grande Conferencia Internacional 'Wings Network'" in Philadelphia, Pennsylvania, with photographs of "Dennis Somaio," "Viviane Rodrigues" and "Vinicius Aguiar," posted on Facebook profile page of "Elaine E Dennis Somaio" (February 13, 2015 at 10:30 a.m.) (**H-2**);

    c. Graphic image advertising "Grande Conferencia Grupo Internacional" in Danbury, Connecticut, with photographs of "Dennis Somaio" and "Viviane Rodrigues," posted on Facebook profile page of "Elaine E. Dennis Somaio" (February 13, 2015 at 10:30 a.m.) (**H-3**);

    d. Graphic image advertising "Wings Network Grande Conferencia Internacional Webnar Com C.E.O. Carlos Barbosa," with photographs of "Viviane Rodrigues," "Carlos Barbosa," and "Vinicius Aguiar," posted on Facebook profile page of "Grupo Internacional MLM" (February 13, 2015 at 10:26 a.m.) (**H-4**);

    e. Photograph of defendant Sergio Henrique Tanaka (on the right) and relief defendant Paulo Hideki Koga (on the left)[1] (February 13, 2015 at 10:02 a.m.) (I do not know the identity of the person in middle) (**H-5**);

    f. Graphic image advertising "Mega Wings Network Business Event with presence of Mr. Carlos Barbosa, CEO [and] Mr. Claudio Campos, Director," in Boston, Massachusetts, posted on Facebook profile page of "Thais Utino" (February 13, 2015 at 10:22 a.m.) (**H-6**);

---

[1] This photograph does not contain the written names of any defendant, but I have identified these people based on my familiarity with their likeness as a result of my overall involvement in the investigation. I did the same for the photograph referenced in subparagraph "l".

    g. Graphic image advertising "Super Wings Network Business Event" with speaker Vinicius Aguiar in Coral Springs, Florida, posted on Facebook profile page of "Grupo Internacional MLM" (February 13, 2015 at 10:35 a.m.) (**H-7**);

    h. Graphic image advertising "Wings Network Conferencia Webinar Internacional Con: Andrew Arrambide" (**H-8**);

    i. Graphic image advertising "Tour wingsnetwork," in Orem, Utah, with photograph of "Wesley Rodriguez, Manager Senior," posted on Facebook profile page of "Wesley Rodrigues" (February 13, 2015 at 10:08 a.m.) (**H-9**);

    j. Graphic image advertising "Gran Apertura Tour Wings Network," in Sacramento, California, with photograph of "Wesley Rodriguez, Manager Senior," posted on Facebook profile page of "Wesley Rodrigues" (February 13, 2015 at 10:10 a.m.) (**H-10**);

    k. Graphic image advertising Wings Network online presentation, posted on Facebook profile page of "Elaine E Dennis Somaio" (February 13, 2015 at 10:29 a.m.) (**H-11**);

    l. Photograph of defendants Sergio Henrique Tanaka (holding the "Wings Network" plaque) and Andrew Arrambide (February 13, 2015 at 10:05 a.m.) (**H-12**); and

    m. Graphic image advertising Wings Network Grand Event/Launch of New Product with presence of CEO Mr. Carlos Barbosa [and] Director Mr. Claudio Campos," in Boston, Massachusetts, posted on Facebook profile page of "Wings EliteClub" (February 13, 2015 at 11:01 a.m.) (**H-13**).

**C.   YOUTUBE VIDEOS**

    7.   During the investigation, I, along with other members of the Commission staff working on the investigation, searched the "YouTube" website for videos referencing the defendants in this action. Our search turned up many videos that can be identified by a "www.youtube.com/watch?v=" file path (identified below in parentheses). I viewed the following videos and transcribed statements made by defendants promoting Wings Network and soliciting investments.[2] If the defendant in the video was speaking a foreign language, a

---

[2] I identified the defendants in these YouTube videos based on information contained in the video as well as my familiarity with their likeness and voice as a result of my overall involvement in the investigation.

translator fluent in that language viewed the video alongside me and translated the statements into English for me.

    a. November 5, 2013: "Wings Network, Wings informacoes, sobre wings network" (UwoPx9CAKOo).  This is a 42 second video recording by defendant Thais Aguiar promoting Wings Network.

    b. December 12, 2013:  "Wings -Vinicius" (69dvaunhsAc ). This is a 7:41 minute video recording by defendant Vinicius Aguiar promoting Wings Network and discussing the Company's compensation plan.  The video includes the following graphic image in Portuguese:  "Grupo Internacional Oportunidade de Sua Vida!;"

    c. December 16, 2013:  "viviane wings" (cs28eJVVdcQ). This is a 8:05 minute video recording by defendant Viviane Rodrigues promoting Wings Network and discussing the Company's compensation plan.

    d. January 17, 2014: "Wesley (Cawboy) New York" (hpknAr0102A).  This is a video recording by defendant Wesley Rodrigues promoting Wings Network and stating that he operates through Grupo Internacional;

    e. January 21, 2014:  "Conversa com Sr Sergio Tanaka Wings Network" (KeZWaBX26EE).  This is an 18:53 minute video recording by defendants Sergio Tanaka ("Tanaka"), Carlos Barbosa and Claudio Campos.  According to a translator fluent in Portuguese, Tanaka states:

- "We have a lot of good things happening. Eh, the group is--is partnering with a very strong group here in Brazil and we should be finalizing a very important negotiation soon in the United States."

- "Eh . . . in which the group should be coming in as a partner in the acquisition of a financial institution that will serve to give a stronger support to all from the Wings, solving the problems re-related to worldwide payments."

- "Today, Wings is a big project and I have no doubt that it will be a success worldwide. I think this presentation, that will take place in a few minutes, is important for you to have an idea about the structure backing it up, it is not a company that is entering the market for an adventure but it is here to stay."

    f. February 14, 2014: "Wings Network Shay meet Julio 360p CEO WANTS ALL GLOBAL LEADERS ON $25,000 PER DAY! Join Fast"

       (a3puuifVO9g). This is video recording by defendant Julio Cruz promoting Wings Network in Houston, Texas;

   g.  April 29, 2014: "Wings Network - Presidente Sérgio Tanaka e parte do Staff em S. Paulo" (65fTVmdeGP8). This is a 2:50 minute video recording by defendant Sergio Tanaka ("Tanaka") touting Wings Network; and

   h.  May 3, 2014: "Plan de compensacion Wings Network (Con Andrew Arrambide)" (_xzaH0vDavE). This is a 6:33 minute video recording by defendant Andrew Arrambide promoting Wings Network and discussing the compensation plan. The video includes a graphic in Spanish: "Grupo Internacional La Opportunidad de Su Vida!"

**D.**   **INVESTORS AND POTENTIAL INVESTORS**

### Investor A

8.    On October 2, 2014, I spoke with an individual from Pennsylvania ("Investor A") who told me that he invested approximately $1,500 in Wings Network. The investor also told me the following:

   a.  He first learned about Wings Network in or around February 2014 during a presentation at a store front office in Philadelphia, Pennsylvania by promoter defendant Dennis Somaio ("Somaio"). At the conclusion of the presentation, Investor A paid Somaio approximately $1,500 in cash to purchase one membership package;

   b.  During another presentation he attended approximately one month later, Vinicius Aguiar ("Aguiar") and Viviane Rodrigues ("Rodrigues") guaranteed Investor A that he would make money if he recruited additional people. Rodrigues further guaranteed Investor A that if he and his two recruits purchased Elite membership packages he would receive a guaranteed minimum of $750 per month once qualified and an additional $250 for every two additional people that he recruited. Rodrigues and Aguiar also showed Investor A their internal "back office" section of the Wings Network website where members could monitor their commissions balance to illustrate how much

money they were making and how much money he could make. Rodrigues represented to Investor A that his investment in Wings Network was secured by insurance with Porto Seguro, a Brazilian insurance company, in case Wings Network went out of business. Rodrigues also showed Investor A an article about the Porto Seguro insurance, which mentioned the Wings Network and Porto Seguro partnership, on an entry in the Wikipedia internet encyclopedia;

    c.    Investor A never sold any Wings Network products because Somaio and Rodrigues represented to him that he didn't have to sell any product to make money;

    d.    He attended a launch meeting in Boston in April 2014. Wings Network did not have any product available to demonstrate at this event;

    e.    Investor A told me that Wings Communicator would cost $49 per month; and

    f.    Investor A repeatedly emailed defendant Carlos Barbosa ("Barbosa") requesting the cancellation of Wings Network accounts of some of Investor A's friends. Barbosa initially responded by email to Investor A, stating that the friends' investments would be refunded in a "couple of days." Contrary to Barbosa's representations, however, Investor A's friends never received any refunds. Barbosa eventually stopped responding to Investor A's emails;

9.    Investor A provided the Commission with a 14:21 minute recording of a person that I can identify from my investigation as Viviane Rodrigues ("Rodrigues"), speaking in Portuguese to a room of potential Wings Network investors. According to a translator fluent in Portuguese, Rodrigues states:

"Through Wings Network we are going to start making our own dreams come true. Us, you, through the dreams of someone fantastic called Sergio Tanaka, President of the

Company and our CEO Carlos Barbosa.  They had this dream they believed in it and they made it happen.  And it is because of them."

10. Investor A also provided the Commission with a 2:52 minute recording of a person that I can identify from my investigation as Viviane Rodrigues ("Rodrigues"), speaking in Portuguese to a room of potential Wings Network investors and being translated live to English by another person in the recording.  According to the translation contained in the video, Rodrigues states:

> "The Company was invited by DSA to associate, to be a part of this association here in the U.S.   You got an invitation by the U.S. DSA department."

### Investor B

11. On October 7, 2014, I spoke with an individual from Florida who told me she invested $23,220 in Wings Network ("Investor B").  The investor also told me the following:

   a. She first learned about Wings Network from attending a presentation by an individual named Viviane, who guaranteed her that every membership package purchased would receive a payment stream of $500 per month minimum and $750 per month maximum, there were no restrictions on purchasing multiple membership packages, and other investors were purchasing multiple packages.

   b. Investor B purchased approximately twelve packages for $23,220 total in order to receive the monthly payment stream and paid via wire transfer to Sergio Tanaka;

   c. Viviane represented to Investor B that her monthly payments would be direct deposited into her personal bank account; and

   d. Investor B never received any money from Wings Network, either by direct deposit or via a debit card.  She contacted the Company through Facebook and via email to inquire about the money she was owed, but she never received any responses.

12. Investor B also provided the Commission with a 28:02 minute recording of the person she identified as Viviane, speaking in Portuguese to a room of potential Wings Network investors. From my investigation, I identified Viviane as defendant Viviane Rodrigues. According to a translator fluent in Portuguese, Rodrigues states:

> "Wings has partnership with Google. Its apps are available at Google. Not right now to date because we are pre-launch. But on April 5th, we will have the Company's launch in Boston, where we will be launching Wings' first app which is Wings Communications, the first app for the social network. Wings Communications is the sum of Facebook, WhatsApp and Skype. So I asked who had Facebook? And who had WhatsApp? And who has Skype? So Wings Communications is the sum of all of them in one. It is already created and it will be launched on April 5th. So all of us will have this application to download to our cellphone."

### Investor C

13. On October 9, 2014, I spoke with an individual from Florida ("Investor C") who told me that she invested, collectively with her brother, approximately $20,000 in Wings Network in January 2014. Investor C also told me the following:

   a. She and her brother first learned about Wings Network from viewing a YouTube video presentation by defendants Viviane Rodrigues ("Rodrigues") and Vinicius Aguiar ("Aguiar"). Based on statements that Rodrigues and Aguiar made in the video, she understood that Wings Network was similar to an investment or savings account whereby money put in would result in a return on the investment;

   b. Investor C purchased two packages and her brother purchased more. Her recruiter instructed her to deposit the money in a Wells Fargo Bank account held by Sergio Tanaka and to bring the receipt back to the recruiter to complete their sign-up.

   c. In early February 2014, she and her brother asked Wings Network to refund their initial investment, but Wings Network never paid the money back; and

10

  d. In May 2014, Investor C attended a Wings Network meeting at a hotel in Boca Raton, Florida attended by defendants Sergio Tanaka, Carlos Barbosa, Claudio Campos ("Campos"), Aguiar and Rodrigues.  During this meeting, she asked Campos for her initial investment back, and he instructed her to put her request in writing.  After the meeting, she emailed Campos requesting her money back, but Campos never responded.

### Investor D

14. On October 15, 2014 and February 19, 2015, I spoke with an individual from Florida ("Investor D") who told me that he invested approximately $35,000 in Wings Network. Investor D also told me the following:

  a.  He first learned about Wings Network at a presentation in February 2014 by an individual named Simonia, whom he identified as owning the company Forca Foco Fe Florida Inc, and the defendant Vinicius Aguiar ("Aguiar") in Pompano Beach, Florida. The presentation occurred at a Wings Network office that he thought was leased by Simonia and managed by Simonia and Aguiar.  Simonia stated that she was from Massachusetts and rented an apartment locally in Florida from a friend;

  b. During the presentation, Simonia and Aguiar guaranteed that Wings Network would pay investors $750 per month for every membership account purchased. Aguiar further represented that investors did not have sell any products to receive the monthly payment, and investor funds were secured by insurance with Porto Seguro in case Wings Network went out of business.  Aguiar also stated that he made $60,000 in one day from Wings Network;

  c. After the presentation, Investor D invested approximately $35,000;

11

      d.      A Florida friend of Investor D's that he recruited invested $100,000 in Wings Network. Simonia instructed the friend to wire the money to a Tropikgadget bank account in Portugal;

      e.      The Company represented to Investor D that the Company would distribute his money through a Wings Network debit card that it would send to him; and

      f.      Despite the representations, Investor D never received any money from Wings Network in his bank account, and he never received any debit card. He did not know of any investor in Florida who ever received a Wings Network debit card.

15.      From my investigation, I know that the Simonia who owns the company Forca Foco Fe Florida Inc. is defendant Simonia Silva, who is the President and Director of that company.

### Potential Investor E

16.      On May 16, 2014, I spoke with an individual from Massachusetts ("Potential Investor E") who stated that he attended a Wings Network meeting on March 16, 2014 at the Crowne Plaza Hotel in Woburn, Massachusetts. He also told me the following:

      a.      He was recruited to attend the meeting by two individuals who were Wings Network members, but he decided not to invest in Wings Network;

      b.      During the event, defendant Priscila Bento ("Bento") represented that she and her husband made $70,000 in six months with Wings Network; and

      c.      The presenters spoke about making money in general rather than the substance of how they were making money or what they were selling. He never saw any Wings Network products and he did not understand the products that Wings Network was purportedly selling.

Executed this 25th day of February 2015.

/s/ Scott R. Stanley
Scott R. Stanley
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110