UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | * * * |
| Plaintiff, | * * |
| v. | * * Civil Action No. 15-cv-10543-IT |
| TROPIKGADGET FZE et al. | * * |
| Defendants. | * |

ORDER

February 26, 2015

In light of the Order [#16] (the "temporary restraining order") granting Plaintiff Securities and Exchange Commission's Emergency Ex Parte Motion for a Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief [#2], the court will hold a hearing in Courtroom 17 at 11:00 a.m. on March 6, 2015, pursuant to Federal Rule of Civil Procedure 65(b)(3) to determine whether a preliminary injunction should issue in this case.

Plaintiff is ordered to serve this order upon all Defendants and Relief Defendants together with service of the temporary restraining order, or promptly after service, if service has already occurred.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge