# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION

*Plaintiff*

v.

Civil Action No.: 1:15-CV-10543-IT

TROPIKGADGET FZE, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Wesley Brandao Rodrigues
22 Washington Street
Marlborough, MA 01752

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Deena Bernstein, Esq.
SEC
33 Arch Street #2300
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Timothy J Bartlett
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2015-02-26 15:06:38.0, Clerk USDC DMA

United States District Court
District of Massachusetts

Docket/Case No: 1:15-CV-10543-IT

Securities and Exchange Commission

vs.

Tropikgadget FZE, et al

I hereby certify and return that today, March 4, 2015, at 7:25 PM, I served a true and attested copy of the within Summons together with a copy of the complaint; Temporary Restraining Order (TRO); Order Scheduling Hearing; and Document Served with a Summons in this action upon the within named Wesley Brandao Rodrigues, by leaving said copies at 12 Pearl Street, Hudson, MA 01749 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Wesley Brandao Rodrigues, at 12 Pearl Street, Hudson, MA 01749.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 4, 2015.

/s/ Rachel Minutolo

**Rachel Minutolo**, Constable
& Disinterested Person over Age 18.     Total Fees: $125.00
**Metrowest Constable Service**
82 Gregory Road
Framingham, MA, 01701-2717
(508) 877-9437 , (508) 877-8033 Fax

