UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TROPIKGADGET FZE )<br>TROPIKGADGET UNIPESSOAL LDA )<br>SERGIO HENRIQUE TANAKA )<br>CARLOS LUIS DA SILVEIRA BARBOSA )<br>CLAUDIO DE OLIVEIRA PEREIRA CAMPOS )<br>VINICIUS ROMULO AGUIAR )<br>THAIS UTINO AGUIAR )<br>WESLEY BRANDAO RODRIGUES )<br>ANDREW ELLIOT ARRAMBIDE )<br>JULIO G. CRUZ )<br>DENNIS ARTHUR SOMAIO )<br>ELAINE AMARAL SOMAIO )<br>PABLO ANDRES GARCIA )<br>VIVIANE AMARAL RODRIGUES )<br>SIMONIA DE CASSIA SILVA )<br>GEOVANI NASCIMENTO BENTO )<br>PRISCILA BENTO )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>UNINVEST FINANCIAL SERVICES, CORP. )<br>COMPASSWINNER LDA )<br>HAPPY SGPS SA )<br>PARKWAY REAL ESTATE LLC )<br>RST5 INVESTMENTS LLC )<br>PAULO HIDEKI KOGA )<br>)<br>Relief Defendants ) | Case No. 15-CV-10543 |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF AS TO ANDREW ARRAMBIDE, JULIO CRUZ, DENNIS SOMAIO, ELAINE SOMAIO, VIVIANE RODRIGUES, SIMONIA SILVA, GEOVANI BENTO, AND PRISCILA BENTO**

Pursuant to Fed. R. Civ. P. 65(b), plaintiff Securities and Exchange Commission ("the

Commission") hereby files this motion for entry of a preliminary injunction, order freezing assets, and order for other equitable relief. A proposed form of Order is submitted herewith as to each of the following defendants: Andrew Arrambide, Julio Cruz, Dennis Somaio, Elaine Somaio, Viviane Rodrigues, Simonia Silva, Geovani Bento, and Priscila Bento ("Promoter Defendants."). As to these Promoter Defendants, as reflected in the docket, they have been served in the action. (ECF 21, 22, 23, 24, 28, 29, 30, 31.)

In support of this motion, the Commission incorporates by reference the memorandum accompanying the Commission's Motion for TRO (ECF 5); five declarations: (1) Declaration of Amy Gwiazda (ECF 7), (2) Declaration of forensic accountant John McCann (ECF 9), (3) Declaration of Scott Stanley (ECF 10), (4) Declaration of Dawn Edick (ECF 8), and (5) Declaration of Adolfo Franco (ECF 6); and an evidentiary appendix (ECF 5-1).

WHEREFORE, the Commission respectfully requests that the Court enter the Preliminary Injunctions, Orders Freezing Assets and Orders for Other Equitable Relief filed herewith.

Respectfully submitted,

/s/ Deena R. Bernstein
SECURITIES AND EXCHANGE COMMISSION
Deena R. Bernstein (Mass. Bar No. 558721)
David London (Mass Bar. No. 638289)
Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street, Boston MA 02110
(617) 573-8813  (Bernstein direct)
(617) 573-4590  (fax)

Dated: March 5, 2015