UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TROPIKGADGET FZE<br>TROPIKGADGET UNIPESSOAL LDA<br>SERGIO HENRIQUE TANAKA<br>CARLOS LUIS DA SILVEIRA BARBOSA<br>CLAUDIO DE OLIVEIRA PEREIRA CAMPOS<br>VINICIUS ROMULO AGUIAR<br>THAIS UTINO AGUIAR<br>WESLEY BRANDAO RODRIGUES<br>ANDREW ELLIOT ARRAMBIDE<br>JULIO G. CRUZ<br>DENNIS ARTHUR SOMAIO<br>ELAINE AMARAL SOMAIO<br>PABLO ANDRES GARCIA<br>VIVIANE AMARAL RODRIGUES<br>SIMONIA DE CASSIA SILVA<br>GEOVANI NASCIMENTO BENTO<br>PRISCILA BENTO<br><br>Defendants,<br><br>and<br><br>UNINVEST FINANCIAL SERVICES, CORP.<br>COMPASSWINNER LDA<br>HAPPY SGPS SA<br>PARKWAY REAL ESTATE LLC<br>RST5 INVESTMENTS LLC<br>PAULO HIDEKI KOGA<br><br>Relief Defendants | Case No _15-CV-10543_ |

**[PROPOSED] MODIFICATION TO THE FEBRUARY 25, 2015 TEMPORARY
RESTRAINING ORDER FREEZING ASSETS AND ORDER
AS TO OTHER EQUITABLE RELIEF AS TO DEFENDANT JULIO CRUZ**

On the basis of the Assented to Motion by the Securities and Exchange Commission ("Commission") to allow Julio Cruz ordinary living expenses, it is **hereby ordered** that Cruz

may withdraw up to $3045.00 in funds from Bank of America account number xxxxxxxxxx0638 from the entry of this order until April 10, 2015.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

Dated: March 9, 2015