UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | * * * |
| Plaintiff, | * * |
| v. | * * |
| | * Civil Action No. 15-cv-10543-IT |
| TROPIKGADGET FZE | * |
| TROPIKGADGET UNIPESSOAL LDA | * |
| SERGIO HENRIQUE TANAKA | * |
| CARLOS LUIS DA SILVEIRA BARBOSA | * |
| CLAUDIO DE OLIVEIRA PEREIRA CAMPOS | * |
| VINICIUS ROMULO AGUIAR | * |
| THAIS UTINO AGUIAR | * |
| WESLEY BRANDAO RODRIGUES | * |
| ANDREW ELLIOT ARRAMBIDE | * |
| JULIO G. CRUZ | * |
| DENNIS ARTHUR SOMAIO | * |
| ELAINE AMARAL SOMAIO | * |
| PABLO ANDRES GARCIA | * |
| VIVIANE AMARAL RODRIGUES | * |
| SIMONIA DE CASSIA SILVA | * |
| GEOVANI NASCIMENTO BENTO | * |
| PRISCILA BENTO | * |
| | * |
| Defendants. | * |
| | * |
| and | * |
| | * |
| UNIVEST FINANCIAL SERVICES, CORP. | * |
| COMPASSWINNER LDA | * |
| HAPPY SGPS SA | * |
| PARKWAY REAL ESTATE LLC | * |
| RST5 INVESTMENTS LLC | * |
| PAULO HIDEKI KOGA | * |
| | * |
| Relief Defendants. | |

ORDER

March 17, 2015

Plaintiff Securities and Exchange Commission ("SEC") filed this civil enforcement action against Defendants and Relief Defendants on February 25, 2015. On March 10, 2015, a case designated as related to this action—Rodrigues v. Wings Network et al., No. 15-cv-10733 ("Rodrigues") —was assigned to this session. On March 11, 2015, I recused myself from that second action pursuant to 28 U.S.C. § 455(b)(4) and that action was reassigned to Judge Burroughs. Because the two cases are related, as defined in Local Rule 40.1(G)(1), this action is hereby also transferred to Judge Burroughs, with her consent, pursuant to Local Rule 40.1(G)(5), (I).

    IT IS SO ORDERED.

Date: March 17, 2015 /s/ Indira Talwani
United States District Judge